No. 239. ROWE v. NICHOLSON, SUPERINTENDENT. October 14, 1935. Petition for writ of certiorari to the

Circuit Court of Appeals for the Fourth Circuit and motion for leave to proceed further *in forma pauperis* denied. *Mr. Otis W. Rowe, pro se.* No appearance for respondent.